dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-096-CV

CAROLYN VAULTS-CHASE AND APPELLANTS

EGBERT DAVID CHASE

V.

DENTON AREA TEACHERS CREDIT UNION APPELLEE

----------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants’ Petition for Voluntary Dismissal of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  December 1, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.